DAVID W. SHAPIRO (NYSBN 2054054)
United States Attorney

J. DOUGLAS WILSON (PA BAR 44915)
Chief, Criminal Division

STEVEN F. GRUEL (CSBN 213148)
Assistant United States Attorney

  450 Golden Gate Avenue, Box 36055
  San Francisco, California 94102
  Telephone: (415) 436-6936

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NO.: CR-01-0052-~~MMC~~ PJH |
| Plaintiff, | MOTION AND [~~PROPOSED~~] ORDER DISMISSING THE INDICTMENT AGAINST DEFENDANT HAI HOANG LE WITHOUT PREJUDICE AND EXONERATING BOND |
| v. | |
| HAI HOANG LE, | |
| Defendant. | |

## MOTION

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the government hereby moves the Court for leave to dismiss the indictment without prejudice in this case as it relates to defendant Hai Hoang Le. Further, the government submits that any bond posted by defendant Hai

Hoang Le should be exonerated.

DAVID W. SHAPIRO
United States Attorney

Dated: March 5, 2002

STEVEN F. GRUEL
Assistant United States Attorney

[PROPOSED] ORDER

Predicated on Rule 48(a) and the government's motion for leave to dismiss the indictment without prejudice in this case as it relates to defendant Hai Hoang Le, the Court hereby grants the motion and orders the indictment against defendant Hai Hoang Le to be dismissed without prejudice;

Further, any bond posted by defendant Hai Hoang Le is hereby exonerated.

IT IS SO ORDERED.

Dated: March 6, 2002.

HONORABLE PHYLLIS J. HAMILTON
United States District Judge